## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MELISSA L. COBB, LEGAL HEIRS AND**
**NEXT FRIENDS OF JOSEPH LEE,**
**DECEASED FOR AND ON BEHALF**
**OF THEMSELVES AND ALL OTHER**
**WRONGFUL DEATH BENEFICIARIES**
**OF JOSEPH LEE, DECEASED,**                                    **PLAINTIFF**

**V.**                               **CIVIL ACTION NO.: 3:20-cv-00061-CWR-LGI**

**AKCA, INC AND LUIS RIVERA AND**
**JOHN DOE(S)1-5 AND JOHN DOE**
**ENTITY(IES) 1-5,**                                           **DEFENDANTS**

**AND**

**ASSOCIATED GENERAL CONTRACTORS OF MISSISSIPPI**        **INTERVENOR**

---

### PETITION FOR APPROVAL OF THIRD PARTY
### AND COMPROMISE SETTLEMENT

---

COMES NOW Melissa L. Cobb, Legal Heirs and Next Friends of Joseph Lee, deceased for and on Behalf of Themselves and All Other Wrongful Death Beneficiaries of Joseph Lee, deceased, (hereinafter "Plaintiffs"), joined by the Defendants, AKCA, Inc. and Luis Rivera, (also referred to as "Defendants") and Intervenor, Associated General Contractors of Mississippi, Inc., and would show unto the Court the following facts to wit:

1.

The Decedent, Joseph Lee, was an adult resident citizen of Newton County, Mississippi who at the time of his death was residing at 310 Edgar Capers Road, Conehatta, Mississippi 39035. He was survived by Melissa Cobb, Brittany Lee, Crystal Lee, Christopher Lee, Marlon Dewayne Lee,

Fanya Olivia Lee, Jamie Joseph Lee, Jackie Charles Lee, Thomas Lee Brown, Cameron Cordell Jackson, and Cordarion Jahmal Nichols who were found by the Chancery Court of Newton County, Mississippi to be the sole statutory heirs at law and/or wrongful death beneficiaries and were adjudicated to be the sole, true and lawful heirs of Joseph Lee. See attached Decree Determining and Adjudicating Heirs at Law entered by the Chancery Court of Newton County, Mississippi on July 22, 2022, as **Exhibit "A".** Plaintiffs filed the subject suit in Mississippi, and have accepted Mississippi as the proper venue of their claim and by their signature hereto expressly waive venue in any jurisdiction other than Mississippi.

2.

On September 20, 2017, Joseph Lee was employed by 96 Enterprises, LLC ("Employer") as an automation tech in Hinds County, Mississippi, and received an average weekly wage of approximately $724.72 with a compensation rate of $477.82 ($181.18 per dependent). On September 20, 2017, while in the course and scope of his employment with 96 Enterprises, LLC, Joseph Lee was traveling west on Interstate 20 when Luis Rivera operating a truck owned by his employer, AKCA, Inc., whose liability insurance carrier is Zurich American Insurance Company, was rear-ended by Mr. Lee's vehicle. Mr. Lee died as a result of injuries he sustained during the motor vehicle accident. A copy of the death certificate is attached hereto as **Exhibit "B".** Plaintiffs allege that Mr. Lee's death occurred as the result of Defendants' negligence, a contention specifically denied by said Defendants.

3.

At the time of Mr. Lee's accident, Mr. Lee's employer, 96 Enterprises, LLC was covered by workers' compensation coverage through Associated General Contractors of Mississippi, Inc., (hereinafter "Carrier"). Associated General Contractors of Mississippi, Inc., provided and paid workers' compensation death benefits in accordance with the Act in the amount of $66,532.18, of

which $5,000.00 was allocated for funeral expenses and $300.00 for second injury fund. Pursuant to

MISS. CODE ANN. § 71-3-71, Associated General Contractors of Mississippi, Inc., has a right of

subrogation against Defendants, Luis Rivera and AKCA, Inc., whose liability insurance carrier is

Zurich American Insurance Company, for the full amount of workers' compensation death benefits

paid. On November 25, 2020, Associated General Contractors of Mississippi filed their Intervening

Complaint for reimbursement and exoneration from the proceeds of any recovery from the

Defendants. AKCA, Inc., and Luis Rivera denied all liability as to the Intervening Complaint.

4.

Negotiations have been had for a complete compromise and settlement of any and all claims

against Defendant, Luis Rivera and AKCA, Inc. as well as Employer and Carrier, 96 Enterprises, LLC

and Associated General Contractors of Mississippi, Inc. Due to the uncertainties and complexities of

litigation and without any admission of liability whatsoever, 96 Enterprises, LLC and Associated

General Contractors of Mississippi, Inc., the legal heirs and next friends of Joseph Lee, and Luis

Rivera and AKCA, Inc. have agreed to settle all claims arising out of the September 20, 2017,

accident and death of Joseph Lee for a total of Two Hundred Twenty-Five Thousand and No Cents

($225,000.00) to be paid by Luis Rivera and AKCA, Inc. The total amount of $225,000.00 is divided

as follows:

- Fifteen Thousand Dollars and No Cents ($15,000.00) to Rose Marie Buie, as natural mother, legal guardian, and adult next of friend of Christopher Lee, a minor;

- Twenty-Two Thousand Two Hundred Sixty-Eight Dollars and Thirty-Three Cents ($22,268.33) to Associated General Contractors of Mississippi, Inc. for full settlement and satisfaction of their $66,532.18 statutory lien pursuant to MISS. CODE ANN. § 71-3-71, in exchange for full and final settlement of any and all workers' compensation claims against Employer and Carrier;

- Eight Thousand Five Hundred  Dollars and No Cents ($8,500.00) to Crystal Lee;

- One Hundred Seventy-Nine Thousand Two Hundred Thirty-One Dollars and Sixty-

Seven Cents ($179,231.67) to all Other Named Wrongful Death Beneficiaries of Joseph Lee and to Schwartz & Associates, P.A. for attorney's fees and expenses.

In return for the above-stated consideration, Plaintiffs have agreed to execute a full and complete release in favor of Defendants for any and all claims of every nature, whether known or unknown, which Plaintiffs might have against Defendants, and Plaintiffs have also agreed to execute a full and complete release in favor of Employer and Carrier releasing them from any and all claims in which Plaintiff have or might hereinafter have against Employer and/or Associated General Contractors of Mississippi, Inc., for Mississippi workers' compensation death benefits, or any other arising out of the accident of September 20, 2017.

5.

Plaintiff does hereby release, discharge and acquit 96 Enterprises, LLC, and Associated General Contractors of Mississippi, Inc., from any and all claims under the provisions of the Mississippi Workers' Compensation Act, or otherwise, past, present or future, known or unknown, and that, the claim filed by Plaintiff with the Mississippi Workers' Compensation Commission as a result of the subject accident shall be dismissed. Additionally, Associated General Contractors of Mississippi, Inc., agrees to execute a release of any subrogation rights the employer and Carrier have, or may have arising out of the accident for payments made under the Mississippi Workers' Compensation Act.

6.

Subject to the approval of this Court, the Parties have reached an agreement and desire to settle the claims in exchange for a lump sum payments to Crystal Lee and Rose Marie Buie, as natural mother, legal guardian, and adult next of friend of Christopher Lee, a minor, and Employer and Carrier. This settlement is intended to resolve all alleged claims for any and all past, present and

future benefits allegedly due under the Mississippi Workers' Compensation Act or otherwise, as previously authorized by the Chancery Court of Newton County, Mississippi.

7.

The Plaintiffs represent that it would be in their best interest if the compromise settlement, as detailed herein and as presented to the Court, be approved and concluded, it being understood and provided that payment of such sum effects a full and complete release and compromise settlement of any and all claims and demands whatsoever, on account of, the injuries alleged herein by Plaintiff against Defendants and Associated General Contractors of Mississippi, Inc., and each and all of their agents, servants, employees, insureds, reinsurers, predecessors, successors, assigns, subsidiaries, or any other parties in privity with them, arising out of the accident and death of Joseph Lee. Associated General Contractors of Mississippi, Inc., desires to settle all claims, which it might have against the Plaintiffs and Defendants pursuant to MISS. CODE ANN. § 71-3-71 and as set forth in this Petition, and joins in this Petition and request that the settlement be approved as outlined herein.

8.

Plaintiffs does hereby release, discharge and acquit the Defendants, Luis Rivera and AKCA, Inc., from any and all claims, whether past, present or future, known and unknown as well as any Employer, any other person, entity, and Associated General Contractors of Mississippi, Inc., or insured under the policy pursuant to MISS. CODE ANN. § 71-3-71, from any and all claims under the provisions of the Mississippi Workers' Compensation Act, or otherwise, past, present or future, known or unknown, and that, the claims filed by Plaintiff as a result of the subject accident shall be dismissed with prejudice.

9.

Plaintiffs have employed Raju Aundré Branson, Esquire with Schwartz & Associates, P.A., as

their personal attorney and representative and has counseled with said attorney as to all matters pertinent to this claim. Plaintiffs' attorney has explained and Plaintiffs are aware of the hearing procedures afforded in such cases and the possibility that Plaintiffs might receive an award of a greater or lesser amount than agreed herein if the matter were submitted for adjudication. Plaintiffs and their attorney agree that the settlement as proposed would be, all things considered, in the best interest of Plaintiffs. Plaintiffs' attorney has rendered the usual services and is entitled to a reasonable fee, pursuant to the private agreement between counsel and Plaintiffs, and subject to the Mississippi Rules of Professional Responsibility and the Mississippi Bar. Plaintiffs and their attorney affirmatively state that said attorney is the only and exclusive attorney for Plaintiffs in this matter, and they are aware of no other claims for attorney's fees arising out of this claim or these proceedings; however, should the parties be mistaken in that regard, Plaintiffs and/or their attorney shall be solely liable for any such attorney's fee claim, and they hereby agree to indemnify and hold harmless the Defendants and Intervenor herein in the event further claim for attorney's fees is made.

10.

The parties hereto feel that it is in Crystal Lee and Christopher Lee's best interest to accept the settlement as a final disposition of all claims in this action.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs respectfully request that this Petition for Approval of Third Party and Compromise Settlement be filed; that an immediate hearing be held thereon; that the matters represented be investigated by the Court; and that an order be entered approving this compromise settlement as being in the Plaintiffs' best interest. Plaintiffs further pray that they be authorized to accept from Defendants the sum of Two Hundred Twenty-Five Thousand and No Cents ($225,000.00) in full settlement, accord and satisfaction of any and all claims and demands which Plaintiffs might now or hereafter have against Defendants, Employer and Carrier,

Associated General Contractors of Mississippi, Inc., or any of its' insured pursuant to MISS. CODE ANN. § 71-3-71. It is further requested that Associated General Contractors of Mississippi, Inc. be authorized to accept the sum of Twenty-Two Thousand Two Hundred Sixty-Eight Dollars and Thirty-Three Cents ($22,268.33) in full settlement, accord and satisfaction of its lien under the provisions of the Mississippi Workers' Compensation Act for benefits paid to Plaintiffs, or otherwise, all in connection with the injuries sustained by Joseph Lee, as set forth in this Petition. Plaintiffs further pray that they be authorized to pay Raju Aundré Branson, Esq., with Schwartz & Associates, P.A., reasonable attorney's fee as provided by law and as agreed by the parties out of the proceeds of this settlement for services rendered, all as set forth herein.

Plaintiffs further pray that upon receipt of the sum, they will be authorized to execute and deliver such full and final releases as may be required by Defendants and Employer and Carrier evidencing their full release, discharge and acquittance for the accident occurring on September 20, 2017.

And Plaintiff prays for such other and general relief as may be proper in the premises.

Respectfully submitted,

_____
Brittany Lee

_____
Marlon Dewayne Lee

_____
Fanya Olivia Lee

_____
Jamie Joseph Lee

_____
Jackie Charles Lee

_____
Thomas Lee Brown

_____
Cameron Cordell Jackson

_____
Cordarion Jahmal Jackson

_Melissa Cobb_
Melissa Cobb

_Crystal Lee_
Crystal Lee, daughter and dependent of
Joseph Lee, deceased

_Rose M Buie_
Rose Marie Buie, natural mother, legal
guardian, and adult next of friend of
Christopher Lee, a minor, son and dependent
of Joseph Lee, deceased

STATE OF Mississippi,
COUNTY OF Hinds

    Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid,

the within named **Crystal Lee**, who being by me first duly sworn, stated upon her oath that the

matters and things set forth in the above and foregoing Petition for Approval of Third Party And

Compromise Settlement are true and correct as therein stated.

    SWORN to and subscribed before me, this the 7th day of September 2022.

_Crystal Lee_
_Leslie C. Scott_
Notary Public

My commission expires:

Civil Action No: 3:20-cv-00061-CWR-LGI

Page 8

STATE OF _Mississippi_
COUNTY OF _Hinds_

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named **Brittany Lee**, who being by me first duly sworn, stated upon her oath that the matters and things set forth in the above and foregoing Petition for Approval of Third Party And Compromise Settlement are true and correct as therein stated.

SWORN to and subscribed before me, this the _7th_ day of _September_ 2022.

_Brittany Lee_
**BRITTANY LEE**

_Leslie C. Scott_
Notary Public

My commission expires:

_____



Civil Action No: 3:20-cv-00061-CWR-LGI

STATE OF _Mississippi_
COUNTY OF _Hinds_

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named **Rose Marie Buie**, natural mother, natural guardian and next friend of Christopher Lee, a minor, who being by me first duly sworn, stated upon his oath that the matters and things set forth in the above and foregoing Petition for Approval of Third Party And Compromise Settlement are true and correct as therein stated.

SWORN to and subscribed before me, this the _7th_ day of _September_ 2022.

**ROSE MARIE BUIE, Natural mother,**
**Natural guardian and next friend of**
**Christopher Lee, a minor**

Notary Public



My commission expires:

Civil Action No: 3:20-cv-00061-CWR-LGI



STATE OF _Mississippi_
COUNTY OF _Hinds_

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid,

the within named **Marlon Dewayne Lee**, who being by me first duly sworn, stated upon his oath that

the matters and things set forth in the above and foregoing Petition for Approval of Third Party And

Compromise Settlement are true and correct as therein stated.

SWORN to and subscribed before me, this the _23rd_ day of _August_ 2022.

_Marlon Dewayne Lee_
_Leslie C. Scott_
Notary Public

My commission expires:

Civil Action No: 3:20-cv-00061-CWR-LGI

STATE OF ___Mississippi___
COUNTY OF ___Hinds___

     Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named **Fanya Olivia Lee**, who being by me first duly sworn, stated upon her oath that the matters and things set forth in the above and foregoing Petition for Approval of Third Party And Compromise Settlement are true and correct as therein stated.

     SWORN to and subscribed before me, this the ___24th___ day of ___August___ 2022.


**FANYA OLIVIA LEE**

Notary Public


My commission expires:

Civil Action No: 3:20-cv-00061-CWR-LGI

STATE OF _Mississippi_
COUNTY OF _Hinds_

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named **Jamie Joseph Lee**, who being by me first duly sworn, stated upon his oath that the matters and things set forth in the above and foregoing Petition for Approval of Third Party And Compromise Settlement are true and correct as therein stated.

SWORN to and subscribed before me, this the _24th_ day of _August_ 2022.

_Jamie Joseph Lee_
**JAMIE JOSEPH LEE**

_Leslie C. Scott_
Notary Public

My commission expires:



Civil Action No: 3:20-cv-00061-CWR-LGI

STATE OF <u>Mississippi</u>
COUNTY OF <u>Hinds</u>

     Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid,

the within named **Jackie Charles Lee**, who being by me first duly sworn, stated upon his oath that

the matters and things set forth in the above and foregoing Petition for Approval of Third Party And

Compromise Settlement are true and correct as therein stated.

     SWORN to and subscribed before me, this the <u>24th</u> day of <u>August</u> 2022.

<u>                      </u>
**JACKIE CHARLES LEE**

<u>                      </u>
Notary Public



My commission expires:

Civil Action No: 3:20-cv-00061-CWR-LGI

STATE OF Mississippi,
COUNTY OF Hinds

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid,

the within named **Cameron Cordell Jackson**, who being by me first duly sworn, stated upon his oath

that the matters and things set forth in the above and foregoing Petition for Approval of Third Party

And Compromise Settlement are true and correct as therein stated.

SWORN to and subscribed before me, this the 26th day of August 2022.

**CAMERON CORDELL JACKSON**

Notary Public

My commission expires:



Civil Action No: 3:20-cv-00061-CWR-LGI

Page 16

STATE OF _Mississippi_
COUNTY OF _Hinds_

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named **Thomas Lee Brown**, who being by me first duly sworn, stated upon his oath that the matters and things set forth in the above and foregoing Petition for Approval of Third Party And Compromise Settlement are true and correct as therein stated.

SWORN to and subscribed before me, this the _26th_ day of _August_ 2022.

**THOMAS LEE BROWN**

Notary Public

My commission expires:



Civil Action No: 3:20-cv-00061-CWR-LGI

STATE OF _Mississippi_
COUNTY OF _Hinds_

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid,

the within named **Cordarion Jahmal Jackson**, who being by me first duly sworn, stated upon his

oath that the matters and things set forth in the above and foregoing Petition for Approval of Third

Party And Compromise Settlement are true and correct as therein stated.

SWORN to and subscribed before me, this the _24th_ day of _August_ 2022.

**CORDARION JAHMAL JACKSON**

Notary Public



My commission expires:

Civil Action No: 3:20-cv-00061-CWR-LGI

STATE OF _Mississippi_
COUNTY OF _Hinds_

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Melissa Cobb, who being by me first duly sworn, stated upon her oath that the matters and things set forth in the above and foregoing Petition for Approval of Third Party And Compromise Settlement are true and correct as therein stated.

SWORN to and subscribed before me, this the _23rd_ day of _August_ 2022.

_Melissa B. Cobb_

_Leslie C. Scott_
Notary Public

My commission expires:



Civil Action No: 3:20-cv-00061-CWR-LGI

## JOINDER OF PLAINTIFFS' ATTORNEY

I, Raju André Branson, attorney for Plaintiffs, hereby joins in this Petition for Approval of Third Party and Compromise Settlement.

/s/ Raju Aundre Branson

Raju Aundré Branson, MSB #99950
Schwartz & Associates, P.A.
Post Office Box 3949
Jackson, Mississippi 39207-3949
(601) 988-8888
(601) 948-3822 (facsimile)
abranson@1call.org
*Attorney for Plaintiffs*

## JOINDER OF EMPLOYER AND CARRIER

Without any admission of liability whatsoever, the Employer and Carrier join in the foregoing Petition and prayer thereof for the specific and only purpose of concluding and compromising this disputed claim.

96 Enterprises, LLC and Associated General Contractors of Mississippi, Inc.

*/s/ Catherine B. Bell*

Catherine B. Bell, MSB# 103681
McAngus Goudelock and Courie
Post Office Box 2955
1020 Highland Colony Parkway, Suite 706 (39157)
Ridgeland, Mississippi 39158
(601) 427-7514
(601) 510-9525 (facsimile)
cbell@mgclaw.com
*Attorney for Employer and Carrier*

## JOINDER OF DEFENDANT

Without any admission of liability whatsoever, Defendants join in the foregoing Petition and prayer thereof for the specific and only purpose of concluding and compromising this disputed claim.

> Luis Rivera, AKCA, Inc., and Zurich American Insurance Company
>
> */s/ Roy A. Smith*
>
> Roy A. Smith, Jr., MSB # 7599
> Daniel Coker Horton & Bell, P.A.
> 440 Old Canton Road, Suite 400
> Post Office Box 1084
> Jackson, Mississippi 39215-1084
> (601) 969-7607
> (601) 969-1116
> rsmith@danielcoker.com
> *Attorney for Defendants*

Civil Action No: 3:20-cv-00061-CWR-LGI

## IN THE CHANCERY COURT OF NEWTON COUNTY, MISSISSIPPI

**IN THE MATTER OF THE ESTATE OF
JOSEPH LEE, DECEASED**

**CAUSE NO. 22-cv-00065**

**MELISSA COBB, ADMINISTRATOR**                                      **PETITIONER**

### DECREE DETERMINING AND ADJUDICATING HEIRS AT LAW

ON THIS DAY, this cause came on for hearing on the Petition for Determination of Heirs at Law filed by Petitioner Melissa Cobb, acting Administrator to the Estate of Joseph Lee, and the Court having heard and considered said Petition and having received evidence and testimony in support thereof, finds that the following persons are entitled to be adjudicated the sole and only heirs-at-law of the decedent: **Melissa Cobb, Brittany Lee, Crystal Lee, Christopher Lee, Marlon Dewayne Lee, Fanya Olivia Lee, Jamie Joseph Lee, Jackie Charles Lee, Thomas Lee Brown, Cameron Cordell Jackson, and Cordarion Jahmal Nichols** and that the Court has full and complete jurisdiction of the parties and of the subject matter herein, and the Court further finds as follows, to-wit:

1.

That Joseph Lee died intestate on September 20, 2017, leaving as his heirs, **Melissa Cobb, Brittany Lee, Crystal Lee, Christopher Lee, Marlon Dewayne Lee, Fanya Olivia Lee, Jamie Joseph Lee, Jackie Charles Lee, Thomas Lee Brown, Cameron Cordell Jackson, and Cordarion Jahmal Nichols.**

3.

That this Court has jurisdiction pursuant to Miss. Code Ann. Section 9-5-81 (1972).

4.

That Respondents in this matter are any and all unknown heirs-at-law, executors, administrators, devisees, legatees, or statutory beneficiaries of Joseph Lee, deceased, pursuant to Mississippi's Wrongful Death Statute, <u>Miss</u>. <u>Code</u> <u>Ann</u>. §11-7-13, and any and all persons claiming or having a legal or equitable interest in the Estate of Joseph Lee, deceased.

5.

That Publication in the proper legal publication for Newton County, Mississippi has been made to all known and unknown heirs, executors, administrators, devisees, legatees or statutory beneficiaries of Joseph Lee, deceased, under <u>Miss</u>. <u>Code</u> <u>Ann</u>. §11-7-13, and any and all persons claiming or having a legal or equitable interest in the Estate of Joseph Lee, deceased.  IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that **Melissa Cobb, Brittany Lee, Crystal Lee, Christopher Lee, Marlon Dewayne Lee, Fanya Olivia Lee, Jamie Joseph Lee, Jackie Charles Lee, Thomas Lee Brown, Cameron Cordell Jackson, and Cordarion Jahmal Nichols** are the sole and only heirs-at-law of the decedent, Joseph Lee, deceased, ~~and the sole and only wrongful death beneficiaries of the deceased under §11-7-13 of the Mississippi Code of 1972, as amended~~. *Rml*

THIS, the **22** day of _July_ , 2022.

_____
CHANCELLOR

*FILED*
IN CHANCERY COURT

JUL 22 2022

GEORGE T. HAYES, JR., CLERK

# MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS

12798355

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

FILING DATE: NOV 21 2017

STATE FILE NUMBER: 123 2017-074137

1. DECEDENT'S LEGAL NAME (First, Middle, Last): Joseph Lee
2. GENDER: Male
3a. HOUR OF DEATH: 3:33 a.m.
3b. DATE OF DEATH (Month, Day, Year): September 20, 2017

4. RACE (Check one or more races to indicate what the decedent considered himself or herself to be)
☐ White ☒ Black or African American ☐ Chinese ☐ Filipino ☐ Japanese ☐ Korean ☐ Vietnamese ☐ Native Hawaiian ☐ Samoan ☐ Asian Indian ☐ Guamanian or Chamorro
☐ Other Asian (Specify) ☐ Other Pacific Islander (Specify)
☐ American Indian or Alaska Native (Name of the enrolled tribe or principal tribe)

5. AGE AT LAST BIRTHDAY: 65
6. DATE OF BIRTH (Month, Day, Year): May 14, 1952
7. BIRTH PLACE (State or Foreign Country): Mississippi

8. PLACE OF DEATH (Check only one box)
8a. DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
8b. DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☐ Decedent's home ☒ Other (Specify) Interstate

9a. FACILITY NAME (If not a facility, give street address, route number, or number): I-20 West Bound @ Airport Road
9b. CITY, TOWN OR LOCATION OF DEATH: Pearl
9c. ZIP CODE: 39208
9d. COUNTY OF DEATH: Rankin

10. DECEDENT'S EDUCATION – Check the box that best describes the highest degree or level of school completed at the time of death.
☐ 8th grade or less ☐ 9th – 12th grade, no diploma ☒ High school graduate or GED completed ☐ Some college, no degree ☐ Associate degree (e.g., AA, AS) ☐ Bachelor's degree (e.g., BA, AB, BS)
☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD) (Circle diploma)

11. MARITAL STATUS AT TIME OF DEATH: ☐ Married ☐ Married, but separated ☐ Widowed ☒ Divorced ☐ Never married ☐ Unknown
12. SURVIVING SPOUSE (give legal name prior to first marriage):
13. WAS DECEASED EVER IN U.S. ARMED FORCES? (Yes or No): NO

14. DECEDENT OF HISPANIC ORIGIN? Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino.
☒ No, not Spanish/Hispanic/Latino ☐ Yes, Mexican, Mexican American, Chicano ☐ Yes, Cuban ☐ Yes, Puerto Rican ☐ Yes, other Spanish/Hispanic/Latino, (Specify)

15. SOCIAL SECURITY NUMBER: 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
16a. USUAL OCCUPATION (Kind of work done most of working life): Retired Police Man
16b. KIND OF BUSINESS OR INDUSTRY: Law Enforcement

17a. RESIDENCE – STATE: Miss
17b. COUNTY: Newton
17c. CITY OR TOWN: Conehatta
17d. ZIP CODE: 39057
17e. STREET AND NUMBER OR RURAL LOCATION (Include apartment number): 310 Edgar Caples
17f. INSIDE CITY LIMITS (Yes or No): No

18. FATHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): George Lee
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): Minnie Johnson

20a. INFORMANT'S NAME: Melissa Cobb
20b. RELATIONSHIP TO DECEDENT: Daughter
20c. MAILING ADDRESS (Street and number, City or town, State, ZIP Code): 4107 Zion Ridge Rd Louisville MS 39339

21a. DISPOSITION OF BODY (Specify: Burial, Cremation, Removal, etc): Burial
21b. CEMETERY/CREMATORY – NAME: Lake Country Lake MS
22a. FUNERAL DIRECTOR – SIGNATURE AND LICENSE NUMBER: Rhonda Amos FD908

21c. LOCATION (City and State): Lake MS

23a. FUNERAL HOME LICENSE NUMBER: FE261
23b. NAME OF FUNERAL HOME: Mapp Funeral Home
22b. MAILING ADDRESS (Street and number, City or town, State, ZIP Code): PO. Box 222 Forest MS 39074

23a. PERSON WHO PRONOUNCED DEATH – NAME AND TITLE (Type or print): David W. Ruth Coroner
23b. PRONOUNCED DEAD (Month, Day, Year): September 20, 2017
23c. PRONOUNCED DEAD (Time): 3:33 a.m.

24a. NAME OF CERTIFYING PHYSICIAN OR CORONER (Type or print): David W. Ruth
24b. MAILING ADDRESS (Street and number, City or town, State, ZIP Code): Po Box 1438 Brandon MS 39043

This section to be completed by Physician if NOT a medical examiner:
25a. To the best of my knowledge, death occurred due to the cause(s) and manner as stated.
25b. SIGNATURE: MD/DO
25c. DATE SIGNED (Month, Day, Year):
25d. STATE LICENSE NUMBER:

This section to be completed by coroner or medical examiner ONLY:
25e. On the basis of examination and/or investigation, in my opinion, death occurred due to the cause(s) and manner as stated.
SIGNATURE: David W. Ruth
25f. TITLE: Rankin County Coroner
25g. DATE SIGNED (Month, Day, Year): September 20, 2017

26a. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or print):

26. CAUSE OF DEATH PART I – Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, shock, or heart failure without showing the etiology. List only one cause on each line. DO NOT USE ABBREVIATIONS.
Interval between onset and death
IMMEDIATE CAUSE (Final disease or condition resulting in death): (a) Blunt force trauma to the head and neck
DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only):
Sequentially list conditions, if any, leading to immediate cause (base UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST): (b) M.V.A Rollover accident
DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only): (c)
DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only): (d)

27. PART II OTHER SIGNIFICANT CONDITIONS – Conditions contributing to death but not resulting in the underlying cause given in PART I.
28a. AUTOPSY (Yes or No): No
28b. AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? (Yes or No): No
29. WAS CASE REFERRED TO MEDICAL EXAMINER? (Yes or No): Yes

30. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ Probably ☒ No ☐ Unknown
31. IF FEMALE: ☐ NOT pregnant within the past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, BUT PREGNANT 43 DAYS to 1 YEAR BEFORE DEATH ☐ Unknown if pregnant within the past year

32a. DID SUICIDE, HOMICIDE, PENDING INVESTIGATION, OR UNDETERMINED? (Specify) Accident
32b. DATE OF INJURY (Month, Day, Year): 9-20-2017
32c. TIME OF INJURY: 2:57 a.m.
32d. DESCRIBE HOW OR BY WHAT MEANS INJURY OCCURRED: MVA rollover accident
32e. IF TRANSPORTATION INJURY, SPECIFY: ☒ Driver/Operator ☐ Pedestrian ☐ Other (Specify)
32f. PLACE OF INJURY (Specify: Home, Farm, Street, Factory, Office building, etc.): Interstate
33. DID INJURY AT WORK? (Yes or No): Yes
Street or route number: I-20 West bound @ Airport Rd.
City or town: Pearl MS 39208

Mississippi State Department of Health
Revised 07/2016
Form 511

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

11/29/2017

Judy Moulder
STATE REGISTRAR

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

VERIFY PRESENCE OF WATERMARK HOLD TO LIGHT TO VIEW
THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE


